IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


KENNETH RAY WEAVER                                                                    PLAINTIFF


v.                                    Civil No. 1:26-cv-04012-SGS


CAPTIAN JAMES WISE;
LIEUTENANT MARICELLA EVANS;
DETENTION OFFICER DAVID TARPLEY;
SERGEANT JOEY MERCHANTS;
SERGEANT CHARITY TYLER                                                              DEFENDANTS

## PERSONAL SERVICE ORDER

Kenneth Ray Weaver originally submitted for filing a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on February 18, 2026 along with an application to proceed *in forma pauperis*. (ECF Nos. 1-2).  Plaintiff was granted *in forma pauperis* status on the same day.  (ECF No. 3).

The Court initially attempted to serve the Defendants at their place of employment—Hempstead County Detention Center—by certified mail.  However, that service was refused and returned to the Court unexecuted.  Accordingly, the Court now directs the United States Marshal to personally serve Defendants Captain James Wise; Lieutenant Maricella Evans; Detention Officer David Tarpley; Sergeant Joey Merchants; and Sergeant Charity Tyler with the Complaint (ECF No. 1).  Defendants may be personally served in care of Sheriff James A. Singleton at 312 South Washington Street, Hope, Arkansas 71801.

Defendants are to be served without prepayment of fees and costs or security therefor.

Defendants are ordered to answer within twenty-one (21) days from the date of service.

If a service recipient will not accept service for a named Defendants, the service recipient is **DIRECTED** to so advise the Court and provide the Court with each Defendant's last known

1

address and phone number.  This information may be filed with the Clerk of the Court in response to this Order and may be filed under seal.

The Clerk is directed to prepare and issue summons and a USM 285 for each Defendant being served.

**IT IS SO ORDERED** this 30th day of April 2026.

/s/ *Spencer G. Singleton*
HON. SPENCER G. SINGLETON
UNITED STATES MAGISTRATE JUDGE