IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KENNETH RAY WEAVER PLAINTIFF

v. Case No. 4:26-cv-4012

CAPTAIN JAMES WISE;
LIEUTENANT MARICELLA EVANS;
DETENTION OFFICER DAVID TARPLEY;
SERGEANT JOEY MERCHANT; and
SERGEANT CHARITY TYLER DEFENDANTS

**ORDER**

Before the Court is the Report and Recommendation (ECF No. 33) filed September 24, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. Judge Singleton recommends that this case be dismissed without prejudice for failure to comply with a Court order and failure to prosecute this case. *See* Fed. R. Civ. P. 41(b).

No party has filed objections to the Report and Recommendation (ECF No. 33), and the time to object has passed. *See* 28 U.S.C. § 636(b)(1)(C). Upon review, finding no clear error on the face of the record and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 33) *in toto.* This case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 20th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge